# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 25-145-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **FINAL ORDER OF FORFEITURE** |
| **MICHAEL LEE LOOMIS,** | |
| **Defendant.** | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture (Doc. 25) pursuant to Fed. R. Crim. P. 32.2(c)(2). Having reviewed said Motion, the Court finds:

1.     The United States commenced forfeiture in this action pursuant to 18 U.S.C. § 924(d) for violation of 18 U.S.C. §§ 922(g)(1) and (g)(3), to which Defendant Michael Lee Loomis pled guilty.

2.     The Court entered a Preliminary Order of Forfeiture on February 26, 2026 (Doc. 23), finding the following property subject to forfeiture and forfeiting Defendant's interest in it:

- Ruger LC9, 9mm caliber pistol, S/N: 324-93364; and

1

- Assorted accessories and ammunition, including 30 rounds of Sellier & Bellot 9mm caliber ammunition.

3.      All known interested parties were provided an opportunity to respond and published notice is complete, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6). (Docs. 24, 24-1).

4.      To date, no third-party claims have been made to this property and the time for doing so expired when published notice was complete.

5.      It appears there is cause to issue a final order of forfeiture order under 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

1.      The United States' Motion for Final Order of Forfeiture (Doc. 25) is GRANTED pursuant to Fed. R. Crim. P. 32.2(c)(2);

2.      The above-listed property is fully and finally forfeited to the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party;

3.      The United States has full and legal title to this forfeited property and may dispose of it in accordance with law when no longer needed as evidence.

DATED this _____5th_____ day of May 2026.

Susan P. Watters, District Judge
United States District Court

2